FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2021 JUN 17 PM 2: 34

UNITED STATES OF AMERICA

v.

CASE NO. 2:21-cr-59-SPC-MRM
21 U.S.C. § 841(a)(1)

GERALD MICHAEL ABRAHAM

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about December 18, 2019, in the Middle District of Florida, the defendant,

GERALD MICHAEL ABRAHAM,

did knowingly and intentionally dispense a controlled substance not for a legitimate medical purpose and outside the usual course of professional practice, which violation involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, and amphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about March 9, 2020, in the Middle District of Florida, the defendant,

GERALD MICHAEL ABRAHAM,

did knowingly and intentionally dispense a controlled substance not for a legitimate medical purpose and outside the usual course of professional practice, which

violation involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, and amphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about May 4, 2020, in the Middle District of Florida, the defendant,

GERALD MICHAEL ABRAHAM,

did knowingly and intentionally dispense a controlled substance not for a legitimate medical purpose and outside the usual course of professional practice, which violation involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the following: any proceeds of the offenses.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

KARIN HOPPMANN
Acting United States Attorney

By: _____
Michael V. Leeman
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

3